IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK L. PITCHFORD**     **PLAINTIFF**

v.     No. 3:17-cv-118-DPM

**JOSEPH BOECKMANN; FRED
THORNE; DAVID HENRY
LOFTON; and JERRY EAVES**     **DEFENDANTS**

ORDER

**1.** Pitchford's motion to proceed *in forma pauperis*, № 1, is granted. He doesn't have any income and has very few assets.

**2.** The Court must screen Pitchford's complaint. 28 U.S.C. § 1915(e)(2). He is troubled by how some criminal charges he pressed against Shawonia Jones were handled in the Crittenden County District Court. Pitchford's claims can't go forward, though, for various reasons. First, the two judges involved are absolutely immune from liability for acts taken within their jurisdiction, no matter how mistaken those acts may have been. *Robinson v. Freeze*, 15 F.3d 107, 108 (8th Cir. 1994); *Duty v. City of Springdale, Arkansas*, 42 F.3d 460, 463 (8th Cir. 1994). That resolves the allegations about Judge Boeckmann and probably those about Judge Thorne. Second, the prosecutor is entitled to quasi-judicial immunity for his part in the case. *Sample v. City of*

*Woodbury*, 836 F.3d 913, 916 (8th Cir. 2016). Third, Pitchford hasn't pleaded any facts about what Earle police officer Jerry Eaves did wrong, so no claim has been stated as to him. *Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004). Last, all the circumstances Pitchford has complained about do not equal a due process violation; assuming it's all true, the facts show imperfection and tangles, not some effort to corrupt the court system. *Compare Caperton v. A.T. Massey Coal Company, Inc.*, 556 U.S. 868, 876–77 (2009). Pitchford's complaint will therefore be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2017