# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

FREDERICK L. PITCHFORD                               PLAINTIFF

v.                       No. 3:17-cv-118-DPM

JOSEPH BOECKMANN; FRED
THORNE; DAVID HENRY
LOFTON; and JERRY EAVES                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2017